**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

NATURAL RESOURCES DEFENSE
COUNCIL; CALIFORNIA TROUT; SAN
FRANCISCO BAYKEEPER; FRIENDS OF
THE RIVER; THE BAY INSTITUTE, all
non-profit organizations,

*Plaintiffs-Appellants*,

and

METROPOLITAN WATER DISTRICT OF
SOUTHERN CALIFORNIA,
*Plaintiff in Related Case*,

v.

KENNETH LEE SALAZAR, in his
official capacity as Secretary of the
Interior; DAN ASHE, in his official
capacity as Director of the U.S. Fish
and Wildlife Service; MICHAEL L.
CONNOR, in his official capacity as
Commissioner of the U.S. Bureau of
Reclamation; ANDERSON-
COTTONWOOD IRRIGATION
DISTRICT; PACIFIC REALTY
ASSOCIATES, LP; RECLAMATION

No. 09-17661

D.C. No.
1:05-cv-01207-
OWW-GSA

ORDER

DISTRICT 1004; BEVERLY F.
ANDREOTTI; BANTA-CARBONA
IRRIGATION DISTRICT; PATTERSON
IRRIGATION DISTRICT; WEST SIDE
IRRIGATION DISTRICT; BYRON
BETHANY IRRIGATION DISTRICT;
CARTER MUTUAL WATER COMPANY;
HOWALD FARMS, INC.; MAXWELL
IRRIGATION DISTRICT; MERIDIAN
FARMS WATER COMPANY; OJI
BROTHERS FARMS, INC.; HENRY D.
RICHTER; SUTTER MUTUAL WATER
CO.; TISDALE IRRIGATION AND
DRAINAGE COMPANY; WINDSWEPT
LAND AND LIVESTOCK COMPANY;
CITY OF REDDING; COELHO FAMILY
TRUST; EAGLE FIELD WATER
DISTRICT; MERCY SPRINGS WATER
DISTRICT; ORO LOMA WATER
DISTRICT; CONAWAY PRESERVATION
GROUP; DEL PUERTO WATER
DISTRICT; WEST STANISLAUS
IRRIGATION DISTRICT; FRESNO
SLOUGH WATER DISTRICT; JAMES
IRRIGATION DISTRICT;
TRANQUILLITY IRRIGATION
DISTRICT; CHRISTO D. BARDIS;
ABDUL RAUF; TAHMINA RAUF;
SACRAMENTO RIVER RANCH, LLC;
FRED TENHUNFELD; FAMILY FARM
ALLIANCE,
           *Defendants-Appellees*,

San Luis & Delta-Mendota
Water Authority; Westlands
Water District; California
Farm Bureau Federation; State
Water Contractors; California
Department of Water
Resources; Glenn-Colusa
Irrigation District; Natomas
Central Mutual Water
Company; Pelger Mutual Water
Company; Pleasant Grove-
Verona Mutual Water
Company; Reclamation District
108; River Garden Farms
Company; Princeton-Codora-
Glenn Irrigation District;
Provident Irrigation District;
Kern County Water Agency,

*Defendant-Intervenors-Appellees.*

Filed March 5, 2013

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule

35–3.  The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges Berzon and Ikuta did not participate in the deliberations or vote in this case.